**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern_____    District of __New York_____
                                            (State)

Case number (*If known*): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    790 WARWICK LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    8 2 – 2 9 4 7 3 4 3

4. **Debtor's address**

   **Principal place of business**

   8572    67TH AVENUE
   Number    Street

   _____

   REGO PARK    NY    11374
   City    State    ZIP Code

   UNITED STATES
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   790 WARWICK LLC _____   Case number (*if known*)_____
          Name

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

⬛ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

⬛ Chapter 11. *Check all that apply*:

  ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ❑ A plan is being filed with this petition.

  ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

⬛ No

❑ Yes.   District _____   When _____   Case number _____
                                                      MM / DD / YYYY

         District _____   When _____   Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

⬛ No

❑ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                                  MM / DD / YYYY

         Case number, if known _____

Debtor _____          Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ❑ It needs to be physically secured or protected from the weather.

    ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❑ Other _____

    **Where is the property?**_____
               Number       Street

    _____
    _____
    City                                     State    ZIP Code

    **Is the property insured?**

    ❑ No
    ❑ Yes. Insurance agency _____
            Contact name  _____
            Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
❑ 50,001-100,000
❑ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
❑ $50,001-$100,000
❑ $100,001-$500,000
❑ $500,001-$1 million

❑ $1,000,001-$10 million
❑ $10,000,001-$50 million
❑ $50,000,001-$100 million
❑ $100,000,001-$500 million

❑ $500,000,001-$1 billion
❑ $1,000,000,001-$10 billion
❑ $10,000,000,001-$50 billion
❑ More than $50 billion


Debtor  **790 WARWICK LLC**
Name                                                                        Case number (*if known*)_____

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/10/2019**
MM / DD / YYYY

✘ _Michael Yakubov_   Michael Yakubov
Signature of authorized representative of debtor    Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

✘ _Ilevu Yakubov_   Date  **12/10/2019**
Signature of attorney for debtor        MM / DD / YYYY

**Ilevu Yakubov**
Printed name

**Law Office of Ilevu Yakubov**
Firm name

**8002        Kew Gardens Road SUITE 300**
Number    Street

**Kew Gardens**         **NY**     **11415**
City                    State   ZIP Code

**718-772-8704**              leo@yakubovlaw.com
Contact phone                 Email address

**5148887**                **NY**
Bar number                 State

**Fill in this information to identify the case:**

Debtor name: 790 WARWICK LLC

United States Bankruptcy Court for the: Eastern District of New York (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bank of New York Mellon FKA Bank of New York 101 Barclay Street - 4W New York, NY, 10286 | | Real Property located at 1124 Gipson Street Far Rockaway, NY 11691 | | Unknown | Unknown | Unknown |
| 2 | Bank of New York Mellon FKA Bank of New York AS TRUSTEE 101 Barclay Street - 4W New York, NY, 10286 | | Real Property located at 1124 Gipson Street Far Rockaway, NY 11691 | | Unknown | Unknown | Unknown |
| 3 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| 4 | NYC Department of Finance 345 Adams Street, 3rd FL Attn: Legal Affairs Division Brooklyn, NY 11201-3719 | | | | | | $0.00 |
| 5 | NYC Department of Finance Office of Legal Affairs 345 Adams Street, FL 3 Brooklyn, NY 11201 | | | | | | $0.00 |
| 6 | NYC Dept. Housing Preserv 100 Gold St, 3rd Fl New York, NY 10038 | | | | | | $0.00 |
| 7 | NYC Dept. of Transportation 100 Church St New York, NY 10007 | | | | | | $0.00 |
| 8 | NYC Environmental 59-17 Junction Blvd East Elmhurst, NY 11369 | | | | | | $0.00 |

| Debtor | 790 WARWICK LLC | | Case number (*if known*) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NYS Dept. Of Taxation & F Bankruptcy Unit - TCD Building 8, Room 455 W.A. Harriman State Campu, Albany, NY 12227 | | | | | | $0.00 |
| 10 | NYS Dept. of Taxation & F Bankruptcy Unit P.O. Box 5300 Albany, NY 12205 | | | | | | $0.00 |
| 11 | Portfolio Recovery Assoc 140 Corporate Blvd Norfolk, VA 23502 | | | | | | $0.00 |
| 12 | U.S. Department of HHS Office of General Counsel 26 Federal Plaza, Room 39 New York, NY 10278 | | | | | | $0.00 |
| 13 | U.S. Department of HUD Office of Regional Counsel 26 Federal Plaza, Room 35 New York, NY 10278 | | | | | | $0.00 |
| 14 | U.S. Environmental Protection Office of the Regional Co Attn Douglas Fischer,Esq. New York, NY 10007-1866 | | | | | | $0.00 |
| 15 | U.S. Securities and Exchange New York Regional Office Bankruptcy Group 200 Vesey Street, Suite 4 New York, NY 10281 | | | | | | $0.00 |
| 16 | MERS as nominee for Residential Home Fund G4318 Miller Rd Flint, MI 48501 | | | | Unknown | Unknown | Unknown |
| 17 | United States Attorney Attention: Bonni Perlin, Bankruptcy Coordinator Civil Division, Bankr Pro Brooklyn, NY 11201-1820 | | | | | | $0.00 |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |